# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

James L. Ezell II

_____

(Full name of the Plaintiff(s) in this action)

FILED
20 APR 28 PM 2:19
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

v.

Christian County KY

County Attorney, Richard Boiling

(Public Advocate)

Jason Pfeil

(Rick Sandbore)

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:20CV-73-JRW
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: James L. Ezell II

Place of Confinement: Christian County Detention Center

Address: 410 West 7th Street Hopkinsville, Kentucky 42240

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (___)

(2) Name of Plaintiff: N/A

Place of Confinement: _____

Address: _N/A_

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Jason Pfeil_ is employed as _Public Advocay_ at _105 South Jefferson Street, Princeton, Kentucky 42445._

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant _Rick Sandbore_ is employed as _Public Advocacy_ at _1100 South Main, Suite 22 Hopkinsville, Kentucky 42240_

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant _Richard Boiling_ is employed as _County Attorney_ at _100 Justice Way, Hopkinsville, Kentucky 42240._

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant **Richard Boiling** is employed as **County Attorney** at **Christian County Circuit Court**

The Defendant is being sued in his/her ( ) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( ) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): **N/A**

Defendant(s): **N/A**

Court (if federal court, name the district. If state court, name the county):

**N/A**

Docket number: **N/A**

Name of judge to whom the case was assigned: **N/A**

Type of case (for example, habeas corpus or civil rights action): **N/A**

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

Approximate date of filing lawsuit: **N/A**

Approximate date of disposition: **N/A**

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I James Ezell feels my 13th and 14th Constitutional Amendments Rights were Violated By each And All Defendants, Richard Boiling Office of Me Being Confined in the Christian County Pententention Center On January 15th 2020 He used my Eight Amendment to Against Cruel And Unusual Punishment, As Well As Public Advacoy Jason Pfeil and Rick Sandbore. Jason JPfeil made an committee to County Attorney Richard Boiling Office, That If I pleaded Guilty to the Second Degree Burglary / Fleeing And Evading I would be granted Probation in Christian County. With me Pleaing Guilty on January the 15th, Rick Sandbore was present just as a Set in for Jason Pfeil. Which it was Against my 4th Amendment, Because my 8th Constitutional Right states A Defendant should be fully equipped by the right Public Advoca, That has knowledge of my Case. The only one that has knowledge of my Case is Jason Pfeil, Richard Boiling As well As Judge Atkins knew my Case.

I went to Christian County Circuit Court, Atkins →

### III. STATEMENT OF CLAIM(S) continued

was Residing over my Case, On or Above Agust 2019 I Refused the Misdeamor Only because I couldn't have no Contact with my wife for 2 years, I was Against the Plea, Because it was no need for me and my wife to not have Any Contact Because the County Atterney Office wanted to use my wife Against me, only because she was going to testifie for me, not Against, Jason Pfeil was present with my wife And Told him I didn't Commit no crime Against her And she said it was no reason for us not to have Any Contact. On November, 25th that if I pleaded guilty it would not effect my Probation in Madisonville And I would be home to go to Each And All of My Doctor Appointment pretaining to my Heart and Vasual Surgrey / Debtle Iusses

I Ask this Court to have my Case put in a Change of Venue from Christian County

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

√ award money damages in the amount of $ 10,000

√ grant injunctive relief by Mental change, Heart Surgery PSD450,000

√ award punitive damages in the amount of $ Release from Incarceration

√ other: 250.00 per day of Incarceration, January 15th 2020 (ntill present

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 8th day of Feb, 2020

_James L. Eoll II_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6