James Ezell
Christian County Detention Center
410 West 7th Street
Hopkinsville, Kentucky 42240.



United States District Court
for the Western District of Kentucky
60402 Gene Snyder P. blv
Louisville, Kentucky

POSTAGE DUE 15¢

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR 28 PM 2:20

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240